Hoffman *v.* Johnstown & Somerset Railway Co. et al., Appellant.

Argued September 27, 1932. Before FRAZER, C. J., SIMPSON, KEPHART, SCHAFFER, MAXEY, DREW and LINN, JJ.

*Clarence L. Shaver*, with him *John A. Berkey,* for appellant.

*E. O. Kooser,* of *Kooser & Courtney,* for appellee.

PER CURIAM, November 28, 1932:

Our general rule is that on appeals from granting preliminary injunctions by the lower court, we will not interfere except in cases entirely free from doubt: Lesher v. Gassner Co., 285 Pa. 43; Commonwealth v. Katz, 281 Pa. 287. We are not convinced that this is

such a case, and consequently will dismiss the appeal, without considering at length the merits of the controversy involved; these may appear quite differently when the case is fully developed upon hearing.

Appeal dismissed.